RETURN

Case 1:16-cv-00035-JTN-ESC ECF No. 4 filed 01/15/16 Page 5 of 10 PageID.52

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Matthew Penning,
Plaintiff,

v.

Launch Point Lending LLC, Concept Recovery Services, LLC, Adesoji O. Omole, IntrinsicTel LLC, Nicholas D. Hawkins, Searay Portfolio Management, Inc., Audubon Holdings Group Inc., et al., Defendants.

Case No. 1:16-cv-35
Hon. Janet T. Neff

TO: Nicholas D. Hawkins
ADDRESS: 297D Colonial Homes Dr.
Atlanta, GA 30309

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Phillip C. Rogers (P34356)
40 Pearl Street, NW, Suite 336
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W Allegan, Lansing, MI 48933

CLERK OF COURT



By Deputy Clerk      1/15/2016
                     Date

### PROOF OF SERVICE

This summons for __Nicholas D. Hawkins__ was received by me on __1/22/2016__
(name of individual and title, if any)                              (date)

[X] I personally served the summons on the individual at __297D Colonial Homes Dr., Atlanta, GA 30309__
on __1/30/2016__                                                      (place where served)
   (date)

[ ] I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

[ ] I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____
                              (name of organization)                (date)

[ ] I returned the summons unexecuted because _____

[ ] Other (specify) _____

My fees are $ __60.00__ for travel and $ _____ for services, for a total of $ __60.00__

I declare under the penalty of perjury that this information is true.

Date: _____

_[signature]_
Server's signature

Alonzo Evans, Certified Process Server
Server's printed name and title

3577 Chamblee Tucker Rd., #A287, Atlanta, GA
Server's address

Additional information regarding attempted service, etc.: