UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

    Plaintiff,

                                                    Case No. 1:16-cv-35

v.

                                                    HON. JANET T. NEFF

ENVISION INVESTMENTS LLC, *et al.*,

    Defendants.

_____/

## **ORDER**

        This is a civil action involving *pro se* litigants. Defendant Kerry Reddick filed a Motion to Dismiss (Dkt 45). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 27, 2016, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

        **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 70) is APPROVED and ADOPTED as the Opinion of the Court.

        **IT IS FURTHER ORDERED** that Defendant Kerry Reddick's Motion to Dismiss (Dkt 45) is DENIED for the reasons set forth in the Report and Recommendation.

Dated: November 18, 2016                                               /s/ Janet T. Neff
                                                                                     JANET T. NEFF
                                                                                    United States District Judge