UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW PENNING,

    Plaintiff,

v.

ENVISION INVESTMENTS LLC, et al.,

    Defendants.
_____/

Case No. 1:16-cv-35

HON. JANET T. NEFF

## ORDER

This is a civil action. Plaintiff filed an Application for Entry of Default Judgment (ECF No. 90). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 6, 2017, recommending that Plaintiff's application be granted. The Report and Recommendation was duly served on the parties.[1] No objections have been filed.[2] *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 96) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Entry of Default Judgment (ECF No. 90) is GRANTED for the reasons stated in the Report and Recommendation.

---

[1] Service of the Report and Recommendation on Defendants Nicholas D. Hawkins and IntrinsicTel LLC was returned, marked "return to sender," "not deliverable as addressed" and "unable to forward" (ECF Nos. 99, 100). Defendants Nicholas D. Hawkins and IntrinsicTel LLC have failed to keep the Court apprised of their current address.

[2] Defendant Kerry Reddick filed an unsigned Objection to the Report and Recommendation (ECF No. 97), which was stricken for failure to file a signature page.

A Default Judgment consistent with this Order will issue.


Dated: July 25, 2017 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge